IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03194-CMA-CBS

UNITED STATES OF AMERICA,

Plaintiff,

v.

$24,000.00 IN UNITED STATES CURRENCY, and
$1,272.00 IN UNITED STATES CURRENCY,

Defendants.
_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT sole claimant Miguel Ramirez-Orozco, through Christopher Carr, Esq., has filed a Claim to Contest Forfeiture, and Answer to the United States' Verified Complaint;

THAT the United States and sole claimant Miguel Ramirez-Orozco through Christopher Carr, Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to the defendant property have been filed;

THAT upon agreement of the parties, claimant Miguel Ramirez-Orozco agrees to forfeit to the United States, defendant $24,000.00 in United States Currency, pursuant to 21 U.S.C. § 881, which will be disposed of in accordance with law and the terms of the parties' Settlement Agreement;

THAT upon agreement of the parties, the United States has agreed to return to claimant Miguel Ramirez-Orozco, defendant $1,272.00 in United States Currency;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of defendant $24,000.00 in United States Currency shall enter in favor of the United States;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all of the defendant property pursuant to 28 U.S.C. § 2465.

SO ORDERED this 25th day of February, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
U.S. District Court Judge